IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:10cr125-WHA |
| RODNEY EDWARD THOMPSON ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #25), filed on August 26, 2010, the Recommendation is adopted, and it is hereby

ORDERED that Defendant's Motion to Dismiss (Doc. #17) is DENIED.

DONE this 13th day September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE